## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

KERRY FEARSON

    vs                                                      Case No. 5:06cv244/RS/EMT

NORMAN LAWRENCE, et al.

## ORDER

Plaintiff's document entitled **TO: Clerk of the Court (with other miscellaneous items), received 3/01/2007**, was referred to the undersigned with the following deficiency:

    The document is not in proper form.  As Plaintiff has been previously advised (*see* Docs. 7, 9, 15), the title of the pleading, motion, or other paper must immediately follow the style of the case <u>and shall include a clear, concise and specific identification of the document being filed and the filing party.  The body of the document should state the nature of the filing party's request and the relief sought from the court</u>.  *See* N.D. Fla. Loc. R. 5.1(B)(2).

    In addition, Plaintiff is advised that he need not return to the court any copies or the originals of this court's prior orders, nor should Plaintiff return informational letters sent to him by the clerk.

    Finally, the instant filing also contains a two-page Motion for Default.  This document is in proper form; therefore, the clerk shall be directed to docket it.[1]

    For these reasons, it is **ORDERED** that:

1.     The submitted hard copy of the document (and other miscellaneous items—except Plaintiff's motion for default) shall be returned to Plaintiff by the Clerk without electronic filing.  It may be resubmitted after the above-noted deficiency is corrected.

---

[1] The court notes that Plaintiff's Motion for Default does not have the name of this court or the division in which Plaintiff's case is pending.  However, the court will docket the motion nonetheless.  Any future pleading filed by Plaintiff should contain the name of this court and the division (i.e., Panama City), as has been done in the caption of this order.

FLN (Rev. 4/2004) Deficiency Order                                                                                           Page 2 of 2

    2.    The clerk is directed to file Plaintiff's Motion for Default.

**DONE and ORDERED** this 12th day of March 2007.

    /s/ *Elizabeth M. Timothy*
    **ELIZABETH M. TIMOTHY**
    **UNITED STATES MAGISTRATE JUDGE**

Case No. 5:06cv244/RS/EMT