IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KERRY FEARSON,
    Plaintiff,

vs.                                                   Case No.: 5:06cv244/RS/EMT

NORMAN LAWRENCE, et al.,
      Defendants.
_____/

**O R D E R**

        This cause is before the court on Plaintiff's motion for leave to proceed in forma pauperis (Doc. 20).  Upon review of the motion and attached documentation, the court concludes that Plaintiff failed to provide the requisite supporting documentation for his motion to proceed in forma pauperis, specifically, a prisoner consent form and financial certificate <u>signed by an authorized prison official,</u> with an attached copy of his trust fund account statement covering the <u>six-month period</u> preceding the filing of the complaint (Plaintiff has again failed to have a prison official sign the prisoner consent form and financial certificate, and he again provided an account statement that covered only one month (*see* Doc. 14 at 1–2)).  Therefore, the motion will be denied without prejudice to Plaintiff's refiling a complete motion with the required supporting documentation.

        Accordingly, it is **ORDERED**:

        1.     Plaintiff's motion to proceed in forma pauperis (Doc. 20) is **DENIED** without prejudice.

        2.     The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.

        3.     Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite prisoner consent form and financial certificate, <u>signed by an authorized prison official,</u>

including an attached computer printout of the transactions in his prison account during the preceding six month period.

    4.    Failure to comply with this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 20th day of March 2007.

                                                      /s/ *Elizabeth M. Timothy*
                                                    **ELIZABETH M. TIMOTHY**
                                                    **UNITED STATES MAGISTRATE JUDGE**