IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KERRY FEARSON,

        Plaintiff,

vs.                                            CASE NO. 5:06cv244/RS

NORMAN LAWRENCE, et al,

        Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 26). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Plaintiff's Motion For Default (Doc. 23) is denied.

ORDERED on May 18, 2007.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**