FLN (Rev. 4/2004) Deficiency Order                                                                                             Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

KERRY FEARSON

    vs                                      Case No. 5:06cv244/RS/EMT

NORMAN LAWRENCE, et al.

## ORDER

Plaintiff's **LETTER "TO: CLERK OF THE COURT" with miscellaneous attachments (received 7/9/2007)**, was referred to the undersigned with the following deficiency:

> The document is not in proper form. As Plaintiff has been advised on **six (6)** previous occasions (*see* Docs. 7, 9, 15, 17, 27, 32), the title of the pleading, motion, or other paper must immediately follow the style of the case and shall include a clear, concise and specific identification of the document being filed and the filing party. **The body of the document should state the nature of the filing party's request and the relief sought from the court.** *See* N.D. Fla. Loc. R. 5.1(B)(2).[1]

For this reason, it is **ORDERED** that:

> The submitted hard copy of the document (and attachments) shall be returned to Plaintiff by the Clerk without electronic filing. It may be resubmitted after the above-noted deficiency is corrected.

---

[1] In this document Plaintiff appears to request a change of address to a Lauderdale Lakes, Florida address. The Florida Department of Corrections ("DOC") Inmate Population Information database indicates that Plaintiff's current release date is March 12, 2010. *See* http://www.dc.state.fl.us/inmateinfo/inmateinfomenu.asp (search by name for Kerry Fearson; DC number L43666). Furthermore, the DOC database indicates that Plaintiff is currently housed at Jackson Correctional Institution ("Jackson CI"). *See id.* Finally, the court notes that the signature block of the instant document indicates that Plaintiff is housed at Jackson CI. Thus, it does not appear that Plaintiff intended to provide the court with a notice of change of address.

    To the extent that Plaintiff may be attempting to send copies of his court documents to a family member or friend, Plaintiff is advised that the court cannot send copies of documents to other persons on Plaintiff's behalf. If Plaintiff wishes to provide copies of court documents to other persons, it is his responsibility to do so.

**DONE and ORDERED** this 11th day of July 2007.

                                     /s/ *Elizabeth M. Timothy*
                                    **ELIZABETH M. TIMOTHY**
                                    **UNITED STATES MAGISTRATE JUDGE**