FLN (Rev. 4/2004) Deficiency Order                                                                                          Page 1 of 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

KERRY FEARSON

      vs                              Case No. 5:06cv244/RS/EMT

NORMAN LAWRENCE, et al.

_____

**ORDER**

Plaintiff's **NOTICE TO THE CLERK OF COURT** with attachments, received by the court on August 30, 2007, was referred to the undersigned with the following deficiencies:

> The document is not properly captioned for this court. Every paper filed after the complaint must have the <u>name of this court</u>. The <u>names of the parties</u> (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing. To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned. *See* N.D. Fla. Loc. R. 5.1(B)(1).

> The document is not in proper form. As Plaintiff has been advised on **eight (8)** previous occasions (*see* Docs. 7, 9, 15, 17, 27, 32, 36, 39), the title of the pleading, motion, or other paper must immediately follow the style of the case and shall include a clear, concise and specific identification of the document being filed and the filing party. **The body of the document should state the nature of the filing party's request and the relief sought from the court.** *See* N.D. Fla. Loc. R. 5.1(B)(2).[1]

---

[1]In this document Plaintiff appears to request that his address of record be changed to a Lauderdale Lakes, Florida address. The Florida Department of Corrections ("DOC") Inmate Population Information database indicates that Plaintiff's current release date is March 2, 2010. *See* http://www.dc.state.fl.us/inmateinfo/inmateinfomenu.asp (search by name for Kerry Fearson; DC number L43666). Furthermore, the DOC database indicates that Plaintiff is currently housed at Jackson Correctional Institution ("Jackson CI"). *See id.* Finally, the court notes that the signature block of the instant document indicates that Plaintiff is housed at Jackson CI, and the return address on Plaintiff's mailing envelope indicates a Jackson CI mailing address. Thus, it does not appear that Plaintiff intended to provide the court with a notice of change of address.

    Again, as Plaintiff has been advised (*see* Doc. 39 at 1, n.1; Doc. 36 at 1, n.1), to the extent that Plaintiff may be attempting to send copies of his court documents to a family member or friend, Plaintiff is advised that the court

FLN (Rev. 4/2004) Deficiency Order                                                                                          Page 2 of 2

For these reasons, it is **ORDERED** that:

>The submitted hard copy of the document (and attachments) shall be returned to Plaintiff by the Clerk without electronic filing.  It may be resubmitted after the above-noted deficiency is corrected.

**DONE AND ORDERED** this 5<u>th</u> day of September 2007.

     /s/ *Elizabeth M. Timothy*
     **ELIZABETH M. TIMOTHY**
     **UNITED STATES MAGISTRATE JUDGE**

---

cannot send copies of documents to other persons on Plaintiff's behalf.  If Plaintiff wishes to provide copies of court documents to other persons, it is his responsibility to do so.

Case No. 5:06cv244/RS/EMT