IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KERRY FEARSON,

      Plaintiff,

vs.                                      CASE NO. 5:06cv244/RS-EMT

NORMAN LAWRENCE, et al,

      Defendants.
_____/

**ORDER**

Before me is the Magistrate Judge's Report and Recommendation (Doc. 45). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice for Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

ORDERED on September 27, 2007.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**